### OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

### Nicholas R. PERRELLA, Respondent.

### No. 824 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 11, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of June, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 29, 2003, it is hereby

ORDERED that Nicholas R. Perrella be and he is suspended from the Bar of this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.